UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LANDMARK HAVEN, LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-0272** |
| **HOME BANCORP, INC.**<br>As Successor to **STATEWIDE BANK** | **SECTION "K"(2)** |

### ORDER

Before the Court is the "12(b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction" filed on behalf of defendant Home Bancorp, Inc. (Doc. 10).  Counsel for plaintiff has advised the Court that plaintiff has no opposition to the motion.  Accordingly,

**IT IS ORDERED** that the motion is GRANTED;

**IT IS FURTHER ORDERED** that the claims of plaintiff Landmark Haven, LLC against defendant Home Bancorp, Inc. are hereby dismissed without prejudice, at plaintiff's costs.

New Orleans, Louisiana, this 29th day of April, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE